UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| NATIONAL CASULTY COMPANY, | Case No. 2:18-cv-02292-RCJ-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS SHUTTLES CORPORATION, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's FRCP Rule 26 Report (ECF No. 17), filed February 1, 2019.  Plaintiff's counsel indicates he was unable to hold a joint 26(f) conference with counsel for Defendants, Marth Zavala and Cesar Guerrero-Gonzalez, on January 18, 2019, as previously scheduled.  Plaintiff represents, however, that he attempted to confer with Defendants' counsel but was told that counsel would not discuss the requisite Rule 26(f) topics because counsel believed his clients had been dismissed from the action by the Court at the January 18, 2019 hearing of their Motion to Dismiss.  In fact, the Court's Order, filed on January 18, 2019, denied Defendant's Motion to Dismiss.  *See Order,* (ECF No. 15).  Under LR 26, "plaintiff's attorney must initiate the scheduling conference required by Fed. R. Civ. P. 26(f) to be held within 30 days after the defendant answers or otherwise appears.  Fourteen days after the mandatory Fed. R. Civ. P. 26(f) conference, the parties must submit a stipulated discovery plan and scheduling order."  The FRCP Rule 26 Report filed does not comply with the Federal Rules of Civil Procedure nor the Local Rules.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff and Defendants' counsel are to meet and confer to formulate a discovery plan and scheduling order pursuant to Fed. R. Civ. P. 26(f) and

1

LR 26-1 with fourteen days from the entry of this Order. Defendants' failure to comply with this Order may result in sanctions.

Dated this 4th day of February, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE