KIMBALL JONES, ESQ.
Nevada Bar No.: 12982
**BIGHORN LAW**
716 S. Jones Blvd.
Las Vegas, Nevada 89107
Phone: (702) 333-1111
Email: Kimball@BighornLaw.com
*Attorneys for Defendants,*
*Martha Zavala and Cesar Guerrero-Gonzalez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SHUTTLES CORPORATION; MARTHA ZAVALA; AND CESAR GUERRERO-GONZALEZ,<br><br>Defendants. | CASE NO.: 2:18-cv-02292-RCJ-GWF<br><br>**ORDER ON DEFENDANTS MARTHA ZAVALA'S AND CESAR GUERRERO-GONZALEZ'S MOTION TO DISMISS PLAINTIFF NATIONAL CASUALTY COMPANY'S COMPLAINT FOR DECLARATORY RELIEF** |

The Hearing on Defendants Martha Zavala's and Cesar Guerrero-Gonzalez's Motion to Dismiss Plaintiff National Casualty Company's Complaint for Declaratory Relief having occurred on the 18th day of January, 2019, at 9:00 a.m., with KIMBALL JONES, ESQ., with the Law Offices of **BIGHORN LAW**, appearing on behalf of Defendants, with ERIC S. POWERS, ESQ., with the Law Offices of **SELMAN BREITMAN, LLP**, appearing on behalf of Plaintiff, and with the Honorable Court having reviewed the pleadings and papers on file herein and after hearing the arguments of counsel:

IT IS THEREFORE ORDERED that Defendants Martha Zavala's and Cesar Guerrero-Gonzalez's Motion to Dismiss Plaintiff National Casualty Company's Complaint for Declaratory Relief is GRANTED IN PART and DENIED IN PART, with ALTERNATE RELIEF PROVIDED.

/ / /

1  IT IS FURTHER ORDERED that the Motion to Dismiss Plaintiff National Casualty Company's Complaint for Declaratory Relief is GRANTED without prejudice as to Defendants Martha Zavala and Cesar Guerrero-Gonzalez, who are dismissed for the reasons outlined in their moving papers.

IT IS FURTHER ORDERED that the Motion to Dismiss Plaintiff National Casualty Company's Complaint for Declaratory Relief is DENIED as to the remaining Defendants as counsel for Defendants Martha Zavala and Cesar Guerrero-Gonzalez does not have standing to seek their Dismissal.

IT IS FURTHER ORDERED that ALTERNATIVE RELIEF is PROVIDED in that the Court will not Default or Enter Judgment against any of the remaining Defendants until the underlying action is resolved in State Court.

DATED this 9th day of August, 2019.

_____
**UNITED STATES DISTRICT JUDGE**

| Respectfully Submitted by: | Approved as to Form and Content by: |
|---|---|
| **BIGHORN LAW** | **SELMAN BREITMAN, LLP** |
| */s/ Kimball Jones* | *REFUSED TO SIGN* |
| **KIMBALL JONES, ESQ**. | **ERIC S. POWERS, ESQ.** |
| Nevada Bar No.: 12982 | Nevada Bar No.: 12850 |
| 716 S. Jones Blvd. | 3993 Howard Hughes Pkwy., Suite 200 |
| Las Vegas, Nevada 89107 | Las Vegas, Nevada 89169 |
| *Attorney for Defendants, Martha Zavala and Cesar Guerrero-Gonzalez* | *Attorneys for Plaintiff* |