1  ERIC S. POWERS
   NEVADA BAR NO. 12850
2  SELMAN BREITMAN LLP
   3993 Howard Hughes Parkway, Suite 200
3  Las Vegas, NV 89169-0961
   Telephone:    702.228.7717
4  Facsimile:    702.228.8824
   Email:        epowers@selmanlaw.com

Attorneys for Plaintiff NATIONAL
CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL CASUALTY COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAS VEGAS SHUTTLES CORPORATION; MARTHA ZAVALA; and CESAR GUERRERO-GONZALEZ,<br><br>　　　　Defendants. | Case No. 2:18-CV-02292-RCJ-EJY<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above entitled action be dismissed without prejudice pursuant to FRCP 41(a)(1).

1

106555.1 380.44301

IT IS FURTHER STIPULATED that each party shall bear their own attorney's fees and costs.

| DATED this 17th day of October 2019 | DATED this 17th day of October 2019 |
|---|---|
| BIGHORN LAW | SELMAN BREITMAN LLP |
| By   */s/ Kimball J. Jones*<br>KIMBALL J. JONES<br>Nevada Bar No. 12982<br>716 S. Jones Blvd.<br>Las Vegas, Nevada 89107<br>Phone: (702) 333-1111<br>Fax: (702) 507-0092<br>Kimball@bighornlaw.com<br>*Attorneys for Martha Zavala and Cesar Guerrero-Gonzales* | By   */s/ Eric S. Powers*<br>ERIC S. POWERS<br>Nevada Bar No. 12850<br>3993 Howard Hughes Parkway, #200<br>Las Vegas, Nevada 89169<br>Phone: (702) 228-7717<br>Fax: (702) 228-8824<br>epowers@selmanlaw.com<br>*Attorneys for National Casualty Company* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  October 17, 2019

106555.1 380.44301